UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA PICKERN,<br><br>          Plaintiff,<br><br>     v.<br><br>YIN LIU, INC., dba McDONALD'S #20560, et al.,<br><br>          Defendants. | No.  CIV. S-13-1514 LKK/CMK<br><br><br>**ORDER** |

Pending before the court is plaintiff Brenda Pickern's motion to strike affirmative defenses. The motion is currently set for hearing on November 4, 2013 at 10:00 a.m.

The court does not find oral argument to be necessary and will decide the motions on the papers. Accordingly, the hearing currently scheduled for November 4, 2013 is VACATED.

IT IS SO ORDERED.

DATED:  October 29, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1