1  LYNN HUBBARD III, SBN 69773
2  **LAW OFFICES OF LYNN HUBBARD**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
5
6  Attorney for Plaintiff BRENDA PICKERN

7  CHRISTINE FUJITA, SBN 274750
   **GIBSON, DUNN & CRUTCHER LLP**
8  555 Mission Street, Suite 3000
   San Francisco CA 94105
9  Telephone: (415) 393-8200
   Facsimile: (415) 393-8306
10 Email:  cfujita@gibsondunn.com

11 Attorney for Defendant MCDONALD'S CORPORATION

12 BRENDAN M. BROWNFIELD, SBN 266114
   **BURNHAM BROWN**
13 1901 Harrison Street, 14th Floor
   Oakland, CA  94612
14 Telephone: (510) 444-6800
   Facsimile: (510) 835-6666
15 Email:  bbrownfield@burnhambrown.com

16 Attorney for Defendant YIN LIU, INC.

17

18                THE UNITED STATES DISTRICT COURT

19            FOR THE EASTERN DISTRICT OF CALIFORNIA

20 BRENDA PICKERN,                )
                                  ) Case No. 2:13-cv-01514-LKK-CMK
21       Plaintiff,               )
                                  )
22                                )
                                  ) **JOINT STIPULATION FOR**
23       vs.                      ) **DISMISSAL and ORDER**
                                  ) **THEREON**
24 YIN LIU, INC., et al.,         )
                                  )
25                                )
         Defendants.              )
26                                )
                                  )
27 _____ )

28

*Pickern v. Yin Liu, Inc., et al.,*                    Case No. 2:13-cv-01514-LKK-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1 of 2

TO THE COURT AND TO ALL PARTIES:

Plaintiff, Brenda Pickern, and defendants, Yin Liu, Inc. and McDonald's Corporation, stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  March 20, 2014          LAW OFFICES OF LYNN HUBBARD

                                         /s/   *Lynn Hubbard*          /
                                         LYNN HUBBARD III
                                         Attorney for Plaintiff

Dated:  March 20, 2014          GIBSON, DUNN & CRUTCHER LLP

                                         /s/   *Christine Fujita*          /
                                         CHRISTINE FUJITA
                                         Attorney for Defendant McDonald's Corporation

Dated:  March 20, 2014          BURNHAM BROWN

                                         /s/   *Brendan Brownfield*     /
                                         BRENDAN M. BROWNFIELD
                                         Attorney for Defendant Yin Liu, Inc.

## **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:13-cv-01514-LKK-CMK, is dismissed with prejudice in its entirety.

Dated:  March 24, 2014.

                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT

*Pickern v. Yin Liu, Inc., et al.,*                                                            Case No. 2:13-cv-01514-LKK-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2 of 2